**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Willie Tyron WHITE, a/k/a Ty,
Defendant–Appellant.**

No. 02–7923.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 14, 2003.

Willie Tyron White, Appellant Pro Se. Donald Ray Wolthuis, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Willie Tyron White appeals the district court's order denying his "Petition for Court Review of a Plea Promise to File a 5K1.1 Motion." We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. White*, No. CR–01–27 (W.D.Va. Dec. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED.*